# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Edward Coburn**

    vs.                    **CASE NUMBER: 07-CV-29 (VEB)**

**Commissioner of Social Security**


**Decision by Court.**    This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon review the Court finds no reversible error. The Court finds that substantial evidence supports the ALJ's decision, therefore it is Ordered that Defendant's Motion for Judgment on the Pleadings is GRANTED, and that Plaintiff's Motion for Judgment on the Pleadings is DENIED, and the decision of the Commissioner is AFFIRMED. Therefore the Complaint filed by Edward Coburn is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Victor E. Bianchini, dated the 19th day of November, 2009.

DATED: November 19, 2009

*[signature: Lawrence K. Baerman]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk